# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ZUFFA, LLC,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:20-CV-07229

**FILED UNDER SEAL**

## SCHEDULE A TO THE COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | ART-POSTER Store | www.aliexpress.com/store/910342149 |
| 2 | Bauhor Store | www.aliexpress.com/store/5480042 |
| 3 | Beautyful Store | www.aliexpress.com/store/4582032 |
| 4 | Bravalucia Official Store | www.aliexpress.com/store/4040040 |
| 5 | Chanpoetry 41 Store | www.aliexpress.com/store/5026034 |
| 6 | FlagKing Flags Manufacturing Co.,Ltd Store | www.aliexpress.com/store/2345200 |
| 7 | IYICAO fannyli Store | www.aliexpress.com/store/5055025 |
| 8 | Jemony Factory Store | www.aliexpress.com/store/5795121 |
| 9 | JM TEEs Store | www.aliexpress.com/store/5368104 |
| 10 | LYLY Poster Store | www.aliexpress.com/store/5376207 |
| 11 | Shop2883030 Store | www.aliexpress.com/store/2883030 |
| 12 | Shop5030020 Store | www.aliexpress.com/store/5030020 |
| 13 | Shop5081086 Store | www.aliexpress.com/store/5081086 |
| 14 | Shop5260209 Store | www.aliexpress.com/store/5260209 |
| 15 | Shop5623191 Store | www.aliexpress.com/store/5623191 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 16 | SUCKCOOM-WU Store | www.aliexpress.com/store/4031052 |
| 17 | The rang Store | www.aliexpress.com/store/4532008 |
| 18 | Uwall Decal Store | www.aliexpress.com/store/4992520 |
| 19 | Yamazaki Art Poster Store | www.aliexpress.com/store/4043064 |
| 20 | YEHOY Official Store | www.aliexpress.com/store/4405155 |
| 21 | yueqiu | www.aliexpress.com/store/2032050 |
| 22 | aloneotice | www.amazon.com/s?me=A2VUOS74J9VAXC |
| 23 | ASHDhsaua | www.amazon.com/s?me=A3F0YC4LLTJMBI |
| 24 | BNIST | www.amazon.com/sp?seller=A1WTOJ4B8HPZKT |
| 25 | CENRICA | www.amazon.com/sp?seller=A3FX2INTAJHG9Q |
| 26 | chaoyangqutianxiafuzhuangdian | www.amazon.com/s?me=A3P096WNV3C9OJ |
| 27 | Cheghanits | www.amazon.com/sp?seller=A1P1QTIOC9WZ2G |
| 28 | chengdurongdejinshangmao youxiangongsi | www.amazon.com/sp?seller=A20ULKDS6XOID1 |
| 29 | COlemanCarry | www.amazon.com/sp?seller=AXF0T3JVIP3NV |
| 30 | DKRVEVR | www.amazon.com/sp?seller=A1YX2Z1QKRBQP7 |
| 31 | fgcjfthdrhdrg | www.amazon.com/sp?seller=A2W0PG98LL08VG |
| 32 | FGJIUSHINIU | www.amazon.com/sp?seller=A1DHHDP3GE0OQ4 |
| 33 | GAJAJAYZXN | www.amazon.com/s?me=A15SB532BNKG89 |
| 34 | hangzhoukexiu | www.amazon.com/s?me=A1QI1STIHO3H7S |
| 35 | houdiyuanfushi | www.amazon.com/sp?seller=ANYKWBVYSQ2M8 |
| 36 | jianshanquchadaochayedian | www.amazon.com/sp?seller=A8LOP0NHEFCLA |
| 37 | jiaxingshig ounaokefushiyouxiangongsi | www.amazon.com/sp?seller=A16UJ9QKEY90LT |
| 38 | JINGSHIKEJIFAZHAN | www.amazon.com/sp?seller=AGMJOPPK8692M |
| 39 | kuhnisgdd | www.amazon.com/s?me=A1RB6083QYF5Q5 |
| 40 | Liu Junhua | www.amazon.com/sp?seller=AVMBKFIYHU48M |
| 41 | LNGCUNHAA | www.amazon.com/sp?seller=A3PPEZK2DL2YC4 |
| 42 | MAMEIL | www.amazon.com/sp?seller=ASE33IR96A2AK |
| 43 | MEIZOKEN | www.amazon.com/sp?seller=A2719V6YY1HAAW |
| 44 | Musendo | www.amazon.com/sp?seller=A1XJSJIYIPF58D |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 45 | nannanhaixianpu | www.amazon.com/sp?seller=A2TH41M5TBE0HR |
| 46 | Septionisme | www.amazon.com/s?me=A29XOANZRKNOF5 |
| 47 | suizhongxiantashanzhenshihanhuoyuguofandian | www.amazon.com/sp?seller=A9GDXTCQ25Y7N |
| 48 | TONGHUANBAO | www.amazon.com/s?me=A2O90VP1FXP3FE |
| 49 | XWENBI | www.amazon.com/sp?seller=A2S1SZ6L0Q2NDF |
| 50 | yunnanzhelan | www.amazon.com/s?me=A2P3JF9SMFITUW |
| 51 | ZSHURDecor | www.amazon.com/sp?seller=AAGM08CUU01QB |
| 52 | zhaoenji's booth | www.bonanza.com/booths/zhaoenji |
| 53 | 3d-clothes-shop | www.ebay.com/sch/3d-clothes-shop |
| 54 | artkailin | www.ebay.com/usr/artkailin |
| 55 | bonanza_star | www.ebay.com/usr/bonanza_star |
| 56 | cherry-blossom918 | www.ebay.com/usr/cherry-blossom918 |
| 57 | cq.xisiming | www.ebay.com/usr/cq.xisiming |
| 58 | deimena_0 | www.ebay.com/usr/deimena_0 |
| 59 | eco-choice | www.ebay.com/usr/eco-choice |
| 60 | fengneon | www.ebay.com/usr/fengneon |
| 61 | fxianglia0 | www.ebay.com/usr/fxianglia0 |
| 62 | haiya_88 | www.ebay.com/usr/haiya_88 |
| 63 | harrpa-1527 | www.ebay.com/usr/harrpa-1527 |
| 64 | hatshopgirl | www.ebay.com/usr/hatshopgirl |
| 65 | huy_84 | www.ebay.com/usr/huy_84 |
| 66 | idealproductspk | www.ebay.com/usr/idealproductspk |
| 67 | jingjing0121 | www.ebay.com/usr/jingjing0121 |
| 68 | liludsd568sd | www.ebay.com/usr/liludsd568sd |
| 69 | linwang80 | www.ebay.com/usr/linwang80 |
| 70 | linwangzhicheng02 | www.ebay.com/usr/linwangzhicheng02 |
| 71 | lkqiche | www.ebay.com/usr/lkqiche |
| 72 | marcio.shop | www.ebay.com/usr/marcio.shop |
| 73 | mobi_sports | www.ebay.com/usr/mobi_sports |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 74 | newest_fashion_520 | www.ebay.com/usr/newest_fashion_520 |
| 75 | newlife888_0 | www.ebay.com/usr/newlife888_0 |
| 76 | noble_775188 | www.ebay.com/usr/noble_775188 |
| 77 | ok_luck_518720 | www.ebay.com/usr/ok_luck_518720 |
| 78 | phasuk-13 | www.ebay.com/usr/phasuk-13 |
| 79 | qi9345 | www.ebay.com/usr/qi9345 |
| 80 | qyzhuangshi19 | www.ebay.com/usr/qyzhuangshi19 |
| 81 | shiquache_0 | www.ebay.com/usr/shiquache_0 |
| 82 | sunshine_baby_537080 | www.ebay.com/usr/sunshine_baby_537080 |
| 83 | taver604 | www.ebay.com/usr/taver604 |
| 84 | twinsbay | www.ebay.com/usr/twinsbay |
| 85 | wmri6588 | www.ebay.com/usr/wmri6588 |
| 86 | wufame-19 | www.ebay.com/usr/wufame-19 |
| 87 | xenpowpi | www.ebay.com/usr/xenpowpi |
| 88 | zan-187 | www.ebay.com/usr/zan-187 |
| 89 | ittargets | http://ittargets.ecrater.com |
| 90 | zyq159688 | www.wish.com/merchant/5b6eac28e1130e225b6376a7 |
| 91 | BinBinyoulishop | www.wish.com/merchant/5ea01417a06423ef0053650e |
| 92 | diaoyelinyu | www.wish.com/merchant/5dafc567b3c5f90a52ceb3d1 |
| 93 | 2011 fashion clothes | www.wish.com/merchant/58994d20281e284f4807db31 |
| 94 | anderson dad5 | www.wish.com/merchant/5d3ee08283889708400dff2d |
| 95 | can62 | www.wish.com/merchant/5e3bdac429e786780eee8edc |
| 96 | chenbiao001 | www.wish.com/merchant/5f252922a812e021d79b2485 |
| 97 | chunchunxiaopu | www.wish.com/merchant/5aaccbe89bda4e3914d04ede |
| 98 | cvxvxvcbnnvnv | www.wish.com/merchant/5e670ce648b5873dc44bee71 |
| 99 | cxurvnshop | www.wish.com/merchant/5f278126490db700507efcb9 |
| 100 | cy52889 | www.wish.com/merchant/5d453b888388975764042d01 |
| 101 | datoutou | www.wish.com/merchant/58451e1f1591450500c8acd3 |
| 102 | DD1999 | www.wish.com/merchant/5b0e0118c2586934c07b4878 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 103 | dkasdlko | www.wish.com/merchant/5e9ac6faa677779141ec118e |
| 104 | earthvintage | www.wish.com/merchant/5700df6627992f63b0ca2ecc |
| 105 | eryidedian | www.wish.com/merchant/5ac9a3f175599a73c9775092 |
| 106 | fashion one12 | www.wish.com/merchant/59576792c250813cebbeb2bb |
| 107 | fengqiuxianzhongfuyangzhizhuanyehezuoshe | www.wish.com/merchant/55cef3f0d87274103b9cb6e9 |
| 108 | gaoxiaohu | www.wish.com/merchant/5e37aa1c9f2bf743afa0a7bf |
| 109 | GM dian zi shang wu | www.wish.com/merchant/5e467b7364a0170d02c90dcf |
| 110 | Guangzhou LeadLion Photoelectronic Sci-Tech Co.,LTD | www.wish.com/merchant/565b12e26f77df1b21460990 |
| 111 | guanzhuipixin | www.wish.com/merchant/5e9e72d90de11aab44beab9c |
| 112 | guoqiyu3 | www.wish.com/merchant/5aaf9797ea87641cdcbc2c8a |
| 113 | Gurang Namu | www.wish.com/merchant/5e732955d1de5a6d0f9e9e07 |
| 114 | gzliangyz | www.wish.com/merchant/5e50e861f26b2b760787fc04 |
| 115 | Hellen | www.wish.com/merchant/563aedacfc2b643824267487 |
| 116 | henanshengtianqiguyeyouxiangongsi | www.wish.com/merchant/55e9082ecc51304fc8cb719d |
| 117 | hey jude flower | www.wish.com/merchant/5770ca6694fc5029d02c368a |
| 118 | huanliduping | www.wish.com/merchant/5e65fd352724a82460dc4b47 |
| 119 | jyspd | www.wish.com/merchant/5b791b06bbbffb115d340eb7 |
| 120 | kdxinheart | www.wish.com/merchant/5abdff4d856edf7522ecdce7 |
| 121 | kimson | www.wish.com/merchant/564c79f5e8b5ee127f11abda |
| 122 | laoyangyang | www.wish.com/merchant/5d8321c322e7770658dbc990 |
| 123 | liangsaisheng | www.wish.com/merchant/5d62414b3d24b774619d3bdb |
| 124 | LIJUN1526 | www.wish.com/merchant/5ad6e79140626a105e247fe6 |
| 125 | LinYangfashion | www.wish.com/merchant/58072b8c79e05f2c6398d294 |
| 126 | liubaopinjin | www.wish.com/merchant/5dcb937529e7866f04e27121 |
| 127 | liuqian95 | www.wish.com/merchant/5acb0b6cccf0c86f47264d9f |
| 128 | Liuzhenz | www.wish.com/merchant/5ed21240ee4f578c4c004557 |
| 129 | liyjuheya | www.wish.com/merchant/5f277318a29b663c9a4d71af |
| 130 | liyulanshop | www.wish.com/merchant/5e7dcecd5476a8364ef4c6d7 |
| 131 | Lokiwhatsunam | www.wish.com/merchant/5dbd4230cfe71403c2b82931 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 132 | lupanw | www.wish.com/merchant/5a1d24f048e6b27c39dccd17 |
| 133 | luqilin5922 | www.wish.com/merchant/58f775634f560b11dbe54dbd |
| 134 | mantyview | www.wish.com/merchant/5aa15289c98949060ab7d1b2 |
| 135 | meiximeiyo | www.wish.com/merchant/5adef3559d5e9767b3177472 |
| 136 | Mrking one | www.wish.com/merchant/58188022e9f33e3e169beb06 |
| 137 | NeonSignUSA | www.wish.com/merchant/5a08b2c66ea4a7105bf7fe94 |
| 138 | nidedianpu | www.wish.com/merchant/5ac4e3ce47a0e77d04c2d7b8 |
| 139 | OusoulinbuVs | www.wish.com/merchant/5e0e9b51b321e6022811e9ae |
| 140 | poslk655dxf | www.wish.com/merchant/5d41261b72b0c95e32f69e8a |
| 141 | ProsperityShop | www.wish.com/merchant/5a9f7fbcb125ab3e2f1c64c2 |
| 142 | psoiejkngre | www.wish.com/merchant/5e4b87d0b9fc2e22454be7ec |
| 143 | qijizhang | www.wish.com/merchant/5a5cb3fb5349200c8b3ac073 |
| 144 | qiulanfanqi | www.wish.com/merchant/5dcb8a97a34fc2078f6a00e6 |
| 145 | qunbaitiaoyao | www.wish.com/merchant/5d52274c1d9a8e0400d371b3 |
| 146 | RIGOBERT | www.wish.com/merchant/5d7d902c09f774378c12f072 |
| 147 | ritawuxiaodan1 | www.wish.com/merchant/5d46eae14c785513c2ab84dc |
| 148 | Rousiwen | www.wish.com/merchant/5eb3912245b4f831f52280cb |
| 149 | shaobin666 | www.wish.com/merchant/599e5e208ee78d6d8196ba57 |
| 150 | Simple Wave | www.wish.com/merchant/5d424461f933e70ed143f32f |
| 151 | sunyanqiu | www.wish.com/merchant/5b0f84d52c3c1d210434ee25 |
| 152 | tiyitinqiu | www.wish.com/merchant/5dc519faf8680a10b1974e49 |
| 153 | W4545 | www.wish.com/merchant/5aa93269c7981716a5bfd4a2 |
| 154 | wenjialiang | www.wish.com/merchant/5958e70fd44a9b43a622521c |
| 155 | wezqiag | www.wish.com/merchant/5ef5653156824318c474eafd |
| 156 | wuyuqingbao | www.wish.com/merchant/5aa3bc78c9894961258c9df5 |
| 157 | xheaal | www.wish.com/merchant/5da00d179db9600402975eca |
| 158 | xiaoru | www.wish.com/merchant/5662e9103a698c7d0695a2fb |
| 159 | xiaoying ni | www.wish.com/merchant/5ae953848bf49818de46acac |
| 160 | xiayixianjinyuanguoshuzhongzhizhuanyehezuoshe | www.wish.com/merchant/55f0efec116356427689e9fe |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 161 | xiuzhancvfg | www.wish.com/merchant/5e6ef378551040091ea38ff7 |
| 162 | XueJi Li | www.wish.com/merchant/5dc27099ad562902a1f1f7f9 |
| 163 | yangqilin | www.wish.com/merchant/58494066d271cf4cbf04e8e7 |
| 164 | ylf88888 | www.wish.com/merchant/5d51031e83889769fbe690fd |
| 165 | Yuanfangshop | www.wish.com/merchant/5eb4d5c701d5e41f9ea1bf69 |
| 166 | Yunduan Visication | www.wish.com/merchant/5e9bcfda2405fb1810c4a46b |
| 167 | zhangbaorong | www.wish.com/merchant/5ac3976bb9605f4c9e9c77a3 |
| 168 | zhangql | www.wish.com/merchant/5e56023f3326be38809cb4c4 |
| 169 | zhangzhengfa | www.wish.com/merchant/5a7ed4a72fbbdc5254c77cb9 |
| 170 | zhicheng dian zi shang wu | www.wish.com/merchant/5e25501b3a003e7114adbbfa |